UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 16, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH STARK,<br><br>Defendant. | Case No. 2:21-mj-00144-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEREMIAH STARK ,

Case No.  2:21-mj-00144-DB   Charge 18 USC § 2423(b), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $  50,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):   The defendant release is delayed until, Friday, September 17, 2021 at 8:00 AM.

Issued at Sacramento, California on September 16, 2021 at 2:00 PM.

By:  *Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE